# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SENECA RESOURCES CORPORATION | * | CIVIL ACTION |
| VERSUS | * | NO. 05-250 |
| SUPERIOR DIVING COMPANY, INC.<br>AND USI GULF COAST, INC. | * | SECTION "L"(5) |

## ORDER

Pending before the Court is Superior Diving Company, Inc. and Osprey Underwriting Agency Ltd.'s Joint Motion to Review Order Partially Denying Motion to Stay Depositions.  IT IS ORDERED that the Magistrate Judge's Order is AFFIRMED.

New Orleans, Louisiana, this ___6th___ day of ___March___, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___